**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1431**

REGINALD MACK,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:22-cv-00315-RBS-DEM)

Submitted:  September 19, 2024            Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Mack, Appellant Pro Se. Daniel Patrick Shean, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Mack appeals the district court's order granting summary judgment to the United States on Mack's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Mack v. United States*, No. 2:22-cv-00315-RBS-DEM (E.D. Va. Apr. 12, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*